IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **JAMES ARNOLD DUKE, II,** | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 25-00033-KD-B |
| | ) |
| **PAUL BURCH, et al.,** | ) |
| | ) |
| Respondents. | ) |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1) and S D. Ala. GenLR 72(a)(2)(R), (Doc. 13), is **ADOPTED** as the opinion of this Court.

It is **ORDERED** that Petitioner's § 2254 habeas petition and this action is **DISMISSED with prejudice** as time-barred pursuant to 28 U.S.C. § 2244(d)(1). Petitioner is **DENIED** a certificate of appealability, and the Court **CERTIFIES** that any appeal by Petitioner of the dismissal of the present § 2254 habeas petition would be without merit and therefore not taken in good faith, thus denying Petitioner entitlement to appeal *in forma pauperis*.

**DONE** and **ORDERED** this **19th** day of **May 2025**.

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**