# IN THE UNITED STATES DISTRICT COURT FOR
# THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| JAMES ARNOLD DUKE, II, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 25-00033-KD-B |
| | ) |
| PAUL BURCH, et al., | ) |
| | ) |
| Respondents. | ) |

## JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that Petitioner's § 2254 habeas petition and this action be and is hereby **DISMISSED with prejudice**.

**DONE** and **ORDERED** this **19th** day of **May 2025**.

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**